# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| MARK A. GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:12-CV-0020-JCH |
| | ) |
| GEORGE ALMBARTIC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court upon its own motion. On April 2, 2012, the Court ordered plaintiff to submit a certified copy of his prison account statement no later than May 1, 2012. On April 9, 2012, plaintiff submitted a document [Doc. #5] that is titled "Account Enter - Transaction Display." The Transaction Display is not a certified inmate account statement, which is what plaintiff is required to file with the Court. As a result, the Court will allow plaintiff until May 11, 2012, to submit a proper certified inmate account statement. If plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit, **no later than May 11, 2012**, a certified prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 11th day of April, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE